UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. HUDACK, et al., | Case No. EDCV 16-634-PSG (KK) |
| Plaintiffs, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| DALLAS SCOTT HOLMES, | |
| Defendant. | |

Pursuant to Title 28 of the United States Codes, section 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiffs have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: 8/2/16

HONORABLE PHILIP S. GUTIERREZ
United States District Judge