JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. HUDACK, et al., | Case No. EDCV 16-634-PSG (KK) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| DALLAS SCOTT HOLMES, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: 8/2/16

HONORABLE PHILIP S. GUTIERREZ
United States District Judge